

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature: Harlin DeWayne Hale]*

**Signed January 4, 2010**                                    **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| In Re: | § Chapter 13 |
| | § Case No. 09-70559-HdH-13 |
| Warren Olin Gould | § |
| and Stacey Rhea Gould | § |
|     Debtors | § |
| Warren Olin Gould | § |
| And Stacey Rhea Gould | § Adversary No. 09-07005-hdh |
|     Plaintiffs | § |
| v. | § |
| USA Auto Sales, Inc. dba USA Auto Sales | § |

<u>AGREED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE</u>

    Plaintiff and Defendants Agreed Motion to Dismiss Adversary Proceeding came on to be heard/considered and after reviewing the pleadings and/or hearing the arguments of counsel, the Court finds the following:

    1.    Plaintiffs filed the above-styled Adversary Complaint on or about November 3, 2009.

    2.    The parties have been able to resolve all contested issues related to the Adversary Complaint through a settlement agreement outlined in the Motion, agreed to by both parties,

      3.    The Court find that the above-referenced settlement should be approved and this Adversary Complaint should be dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the settlement agreement is approved and the above entitled and numbered complaint is hereby dismissed with prejudice.

AGREED AS TO FORM AND SUBSTANCE:

/s/Monte J. White                                      /s/Gene Douglass

Attorney for Plaintiffs                           Attorney for Defendant

***END OF ORDER***

PREPARED BY:
Monte J. White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, Texas 76301
(940)723-0099
(940)723-0096(fax)
legal@montejwhite.com